Peter J. Kennedy (SBN 166606)
pkennedy@reedsmith.com
Natasha Sung (SBN 228633)
nsung@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:   213.457.8000
Facsimile:    213.457.8080

Mark S. Melodia
(*Pro Hac Vice* to be filed)
mmelodia@reedsmith.com
Paul Bond
(*Pro Hac Vice* to be filed)
pbond@reedsmith.com
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ  08540
Telephone:   609.520.6015
Facsimile:    609.951.0824

Attorneys for Defendant
Countrywide Financial Corporation, Bank of
America Corporation, Countrywide Bank,
FSB, and Countrywide Home Loans, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PABLO POSADA, TONY SAYEGH, ROBERT CAPP, JR., and CHARLOTTE CAPP, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br>   vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation; COUNTRYWIDE BANK, FSB, a Virginia corporation; and COUNTRYWIDE HOME LOANS, INC., a New York corporation,<br><br>               Defendants. | Case No. CV08-02246 GEB DAD<br><br>**[PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Compl. Filed:   September 24, 2008<br><br>Honorable Garland E. Burrell, Jr.<br><br>Courtroom:     10 |

[PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER DECISION BY THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## **ORDER**

After full consideration of the parties' Stipulation Staying Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, the accompanying Request for Judicial Notice in support of the Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that this action is stayed pending the Judicial Panel on Multidistrict Litigation's resolution of the motion to transfer for coordinated or consolidated pretrial proceedings presently before it.

However, Defendants shall file a status report no later than January 6, 2009, in which they explain only the status of their effort to transfer this action to Multidistrict Litigation.

DATED: November 13, 2008

GARLAND E. BURRELL, JR.
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER DECISION BY THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION